EMILY K. STRAND, ESQ.
Nevada Bar Number 15339
PITARO & FUMO, CHTD.
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
Phone: (702) 474-7554
emily@fumolaw.com
*Attorneys for the Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCTAVIA TIFFANY-LYNETTE HUNT,<br><br>　　　　Defendant. | No. 2 2:21-cr-00290-GMN-VCF<br><br>**STIP AND PROPOSED ORDER TO CONTINUE REVOCATION HEARING** |

IT IS HEREBY STIPULATED AND AGREED by and between Jeremy Robbins, Assistant United States Attorney; Nick Portz, Assistant United States Attorney; and Emily K. Strand, counsel for Octavia Hunt, that the Revocation Hearing in above-captioned matter be continued and rescheduled to a date after April 6, 2022. This Stipulation is entered into for the following reasons:

1. Emily Strand, Counsel for Octavia Hunt, will be out of the jurisdiction between April 1 and April 6, 2022.

2. Defense Counsel will be in Northern Nevada visiting inmates at Lovelock Correctional Center and Stewart Conservation Camp, where she will not have access to phone or internet for much of the day.

3. Defense Counsel has discussed this continuance with Counsel for the United States and they have no objection.

4. Defense Counsel has discussed this continuance with Ms. Hunt, who is out of custody, and she has no objection to the continuance.

5. This continuance is made in good faith and not for purposes of undo delay.

Dated this 31ˢᵗ day of March, 2022.

| PITARO & FUMO, CHTD. | OFFICE OF THE UNTIED STATES ATTORNEY |
|---|---|
| */s/ Emily K. Strand, Esq.* | */s/ Jeremy Robbins, Esq.* |
| Emily K. Strand, Esq. | Jeremy Robbins, Esq. |
| Attorney for Octavia Hunt | Assistant United States Attorney |
| | */s/ Nick Portz, Esq.* |
| | Nick Portz, Esq. |
| | Assistant United States Attorney |

EMILY K. STRAND, ESQ.
Nevada Bar Number 15339
PITARO & FUMO, CHTD.
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
Phone: (702) 474-7554
emily@fumolaw.com
*Attorneys for the Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2 2:21-cr-00290-GMN-VCF |
| Plaintiff, | |
| v. | |
| OCTAVIA TIFFANY-LYNETTE HUNT, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Emily Strand, Counsel for Octavia Hunt, will be out of the jurisdiction between April 1 and April 6, 2022.

2. Defense Counsel will be in Northern Nevada visiting inmates at Lovelock Correctional Center and Stewart Conservation Camp, where she will not have access to phone or internet for much of the day.

3. Defense Counsel has discussed this continuance with Counsel for the United States and they have no objection.

4. Defense Counsel has discussed this continuance with Ms. Hunt, who is out of custody, and she has no objection to the continuance.

5. This continuance is made in good faith and not for purposes of undo delay.

For all of the above-enumerated reasons, the ends of justice would be served by granting a continuance of the above trial date in this matter.

**CONCLUSIONS OF LAW**

Based on the fact that Counsel for Ms. Hunt is unavailable at the time set for the revocation in this case and based on the fact there is no objection from the Government or the Defendant, and based on the fact that denial of this request could result in a miscarriage of justice; the Court hereby concludes that:

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy revocation hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice.

**ORDER**

**IT IS FURTHER ORDERED** that the Revocation Hearing currently scheduled for April 4, 2022 be vacated and continued until  April 8, 2022 at 9:00 AM in Courtroom 7D  .

_____ April 1, 2022
DISTRICT COURT JUDGE